KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89101
Telephone: (702)853-0700
Email: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) | BK-S 08-17953-BTB |
| --- | --- | --- |
| | ) | Chapter 13 |
| LEE SALIBA and | ) | |
| ANNE C. SALIBA | ) | Pre Hearing: November 14, 2013 |
| | ) | Pre Hearing: 8:30 p.m. |
| | ) | |
| Debtors. | ) | Hearing Date: November 14, 2013 |
| | ) | Hearing Time: 1:30 p.m. |

### TRUSTEE'S MODIFIED PLAN #3

COMES NOW the Chapter 13 Bankruptcy Trustee, KATHLEEN A. LEAVITT, files herewith her **Modified Plan #3** as follows:

1. The above-captioned Debtors filed for Chapter 13 bankruptcy relief on July 19, 2008. On November 6, 2008, Plan #2 was confirmed with 60 payments of $478.00 totaling $28,680.00.

2. The Trustee requests that the base amount be increases to $126,700.03. This represents 60 payments of $478.00, personal injury settlement proceeds of $78,020.03 that was disbursed pursuant to a separate order, and short sale proceeds of $20,000.00.

3. Pursuant to 11 U.S.C. 1329, the Trustee submits this modification with the purpose of disbursing the remaining $20,000.00 to general unsecured creditors of the bankruptcy estate.

4. All other provisions outlined in Plan #2 remain the same.

THEREFORE, the Chapter 13 Bankruptcy Trustee, KATHLEEN A. LEAVITT, requests that this Court grant the within Modified Plan #3 and allow the Trustee to disburse funds to creditors.

Date: 10/9/13

/s/
KATHLEEN A. LEAVITT
Chapter 13 Bankruptcy Trustee
201 Las Vegas Blvd South, Suite 200
Las Vegas, Nevada 89101

-1-